UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MIKE OVADIA,

                Plaintiff,                Case No. 2:17-cv-04929

     -against-                   **STIPULATION OF DISMISSAL**

J.P. MORGAN CHASE BANK,         **AGAINST ALL PARTIES**

                Defendant             **WITH PREJUDICE**

-------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Mike Ovadia and Defendant J.P. Morgan Chase Bank hereby stipulate and agree that Plaintiff's cause against J. P. Morgan Chase Bank is voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees. No counterclaim has been interposed, and no party hereto is an infant or incompetent.

Dated: December 15, 2017

| /s/Edward B. Geller, Esq. | /s/Alan E. Schoenfeld, Esq. |
|---|---|
| Edward B. Geller, Esq., P.C. | Wilmer Cutler Pickering Hale and Dorr LLC |
| 15 Landing Way | 7 World Trade Center |
| Bronx, New York 10464 | New York, NY 10007 |
| Tel:(914)473-6783 | Tel: (212)230-8800 |
| Attorney for Plaintiff | Attorney for Defendant |

**SO ORDERED this          day of December 2017**

_____

Anne Y. Shields

United States Magistrate Judge