

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

MIKE OVADIA,

                Plaintiff,          Case No. 2:17-cv-04929

    -against-          **STIPULATION OF DISMISSAL**

J.P. MORGAN CHASE BANK,      **AGAINST ALL PARTIES**

               Defendant       **WITH PREJUDICE**

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Mike Ovadia and Defendant J.P. Morgan Chase Bank hereby stipulate and agree that Plaintiff's cause against J. P. Morgan Chase Bank is voluntarily dismissed with prejudice, with each party to bear its own costs and attorney's fees. No counterclaim has been interposed, and no party hereto is an infant or incompetent. *Case closed.*

Dated: December 15, 2017

/s/Edward B. Geller, Esq.            /s/Alan E. Schoenfeld, Esq.

Edward B. Geller, Esq., P.C.        Wilmer Cutler Pickering Hale and Dorr LLC

15 Landing Way                     7 World Trade Center

Bronx, New York 10464           New York, NY 10007

Tel:(914)473-6783                  Tel: (212)230-8800

Attorney for Plaintiff               Attorney for Defendant

SO ORDERED this 18th day of December 2017

_____

~~Anne Y. Shields~~   LEONARD D. WEXLER

~~United States Magistrate Judge.~~   UNITED STATES DISTRICT JUDGE

*Leonard D Wexler*
*U.S.D.J.*